UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
21-10208-NMG

UNITED STATES OF AMERICA

v.

RESHAT ALKAYISI

## MEMORANDUM AND ORDER OF DETENTION

July 16, 2021

DEIN, M.J.

The defendant is charged in an Indictment with conspiracy to distribute and to possess with intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, in violation of 21 U.S.C § 846. An initial appearance was held remotely before this court on July 8, 2021, at which time the government moved for detention pursuant to 18 U.S.C. §§ 3142(d)(1)(A), (e), (f)(1)(B), (f)(1)(C) and (f)(2)(A) on the grounds that the defendant poses a danger to the community and a serious risk of flight. The defendant was represented by counsel.

A detention hearing was held remotely on July 16, 2021. The government presented the evidence of Special Agent Patrick Jones, who was crossed examined by defense counsel. At the conclusion of the hearing the defendant, through counsel, consented to the entry of an order of detention, without prejudice to his right to reopen the issue at a later date. See Docket No. 34.

[1]

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider the issue of pretrial detention, regardless whether there have been changed circumstances.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge