UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
21-10208-NMG

UNITED STATES OF AMERICA

v.

RESHAT ALKAYISI et al.[1]

**INITIAL STATUS REPORT**

September 13, 2021

DEIN, M.J.

An Initial Status Conference was held remotely before this court on September 13, 2021

pursuant to the provisions of Local Rule 116.5(a).  Based on that Conference, this court enters the

following report and orders to wit:

1.  The defendants are in the process of reviewing the documents produced by the government to date.  The government shall complete the production of its automatic disclosures by September 28, 2021.  The government is working with detention facilities, specifically Plymouth and Wyatt, to ensure that the defendants are able to access the discovery produced to date.

2.  Once the production of automatic discovery is complete, the government does not expect to produce additional discovery except in response to specific requests and in accordance with the Local Rules.

3.  The date for filing discovery and/or dispositive motions shall be set at the next status conference.

4.  The government will produce its expert disclosures 21 days before trial.

5.  This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendants require additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment. Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of September 13, 2021 through November 22, 2021, that being the period between the expiration of the last order of excludable time and the next status conference.

---

[1] This status report addresses defendants 1-10 of the Superseding Indictment.

Based upon the prior orders of the court dated July 15, 2021, July 16, 2021, July 19, 2021, July 23, 2021, and the orders entered contemporaneously herewith, at the time of the Interim Status Conference on November 22, 2021 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. An Interim Status Conference has been scheduled for November 22, 2021 at 10:00 a.m.  Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7. It is too early to determine if a trial will be necessary.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE