UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
21-10208-NMG

UNITED STATES OF AMERICA
v.

RESHAT ALKAYISI et al.[1]

**ORDER ON EXCLUDABLE TIME**

April 25, 2022

DEIN, M.J.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), that the defendants require time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed, and that the interests of justice outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment.  I further find that not granting this continuance would deny counsel for both the government and the defendants a reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

It is hereby ordered that the Clerk of Court enter excludable time for the period of April 25, 2022 through June 3, 2022, that being the period between the expiration of the last order of excludable time and the next status conference.  Based upon the prior orders of the court dated July 15, 2021, July 16, 2021, July 19, 2021, July 23, 2021, September 13, 2021, November 22, 2021, January 12, 2022, February 23, 2022, and this order, at the time of the Final Status Conference on June 3, 2022 there will be zero (0)

---

[1] This order applies to defendants 1-10 of the Superseding Indictment.

days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                                                   / s / Judith Gail Dein
                                                   Judith Gail Dein
                                                   United States Magistrate Judge