# Exhibit 1

# Photographs from June 1, 2021 Seizure









