# Exhibit 2

# Photograph from June 25, 2021 Seizure

