# Exhibit 3

# Photographs of Search From Defendant's Property on July 8, 2021


























